IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLA BALMER o/b/o**
**RICHARD LEE BALMER**                                                                **PLAINTIFF**

VS.                                    No:  4:21-cv-00020 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                                          **DEFENDANT**

**ORDER**

Defendant Kilolo Kijakazi ("Kijakazi"), in her motion to reverse and remand (docket entry no. 23), requests that this case be reversed and remanded for further administrative proceedings.  Plaintiff Carla Balmer o/b/o Richard Lee Balmer ("Balmer") agrees that the matter should be remanded but requests that the Order remanding include a provision that Balmer has the right to respond, cross-examine, or object to any testimony or interrogatories from a vocational expert.  The motion is granted, and Balmer's request is also granted.  On remand, Balmer may respond, cross-examine, or object to any vocational expert testimony or interrogatories proffered as a result of additional administrative proceedings in this matter.  This is

a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

    IT IS SO ORDERED this 22nd day of March, 2022.

                                                _____

                                                UNITED STATES MAGISTRATE JUDGE