IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLA BALMER o/b/o**
**RICHARD LEE BALMER**                                              PLAINTIFF

VS.                          No: 4:21-cv-00020 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                          DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 22nd day of March, 2022.

_____
UNITED STATES MAGISTRATE JUDGE