IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLA ALLISON BALMER**                                                                **PLAINTIFF**
on behalf of Richard Lee Balmer, Jr.,
Deceased

VS.                              No. 4:21-CV-00020 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                        **DEFENDANT**

**ORDER**

Now before the Court is the plaintiff's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Defendant Kilolo Kijakazi ("Kijakazi") does not oppose the motion. The motion is granted, and the EAJA award in the amount of $6,201.75 ($6,104.04 in fees and $97.71 in expenses) is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Carla Allison Balmer, on behalf of Richard Lee Balmer, Jr., deceased, and not her attorney, as set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Carla Allison Balmer, on behalf of Richard Lee

Balmer, Jr., deceased, in care of her attorney, Howard David Olinsky, and shall mail the check to Mr. Olinsky at his Syracuse, New York, address.

The motion for attorney fees and expenses (docket entry no. 27) is granted.

IT IS SO ORDERED this 21st day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE